| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § § § § § § | |
| Plaintiff, | | |
| v. | | NO. 1:19-CR-83-MAC |
| JUAN GERONIMO GUTIERREZ-ROMAN, | | |
| Defendant. | | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S GUILTY PLEA

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hawthorn conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The magistrate judge recommended that the court accept the Defendant's guilty plea. He further recommended that the court adjudge the Defendant guilty on Count One of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Juan Geronimo Gutierrez-

Roman, is adjudged guilty as to Count One of the Indictment charging a violation of 8 U.S.C. § 1326(a) - Reentry of a Deported Alien.

**Signed this date**
**Jul 31, 2019**

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE